AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
October 01, 2026
Nathan Ochsner, Clerk of Court

United States of America
v.
JOTA MARIO HENRIQUEZ-OROZCO

*Defendant(s)*

Case No. **4:26-mj-636**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 28, 2026, in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Count One: 18 U.S.C. § 922(g)(5) | Count One: Illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5).<br><br>See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

Cameron Leach
*Complainant's signature*

HSI SA Cameron Leach
*Printed name and title*

Sworn to and signed before me telephonically.

Date: October 01, 2026

Dena Palermo
*Judge's signature*

City and state: Houston, Texas

Hon. Dena Hanovice Palermo, U.S. Magistrate Judge
*Printed name and title*

Print Save As... Attach Reset

## ATTACHMENT A

### COUNT ONE
*Illegal Alien in Possession of a Firearm*

On or about September 28, 2026, in the Houston Division of the Southern District of Texas, the defendant,

**JOTA MARIO HENRIQUEZ-OROZCO**,

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Glock handgun bearing serial number BXGU207 on the upper assembly and serial number BXRU872 on the lower assembly, and said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**4:26-mj-636**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cameron Leach, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge ("SAC") Houston, Texas and assigned to the Gangs and Violent Crimes Unit. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training held at the Federal Law Enforcement Training Center in Glynco, Georgia. While employed as a Special Agent with HSI, Affiant has received specialized training in controlled-substances investigations and has been designated by the U.S. Attorney General to be empowered with Title 21 authority, which allows Affiant to seize controlled substances and arrest subjects for violations of the Controlled Substances Act.

2. This affidavit is made in support of a criminal complaint charging **Jota Mario HENRIQUEZ-OROZCO** with violating 18 U.S.C. § 922(g)(5), that is, illegal alien in possession of a firearm. Due to the limited purpose of this affidavit, I have not included each and every fact known concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to show that **HENRIQUEZ-OROZCO** committed the foregoing violation.

## PROBABLE CAUSE

3. Immigration checks revealed that **HENRIQUEZ-OROZCO** is not a U.S. citizen and has no current lawful status in the United States. **HENRIQUEZ-OROZCO** was lawfully admitted to the United States as a B-2 nonimmigrant visitor on June 3, 1998, and was authorized to remain until December 2, 1998.

4. On September 28, 2026, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") officers arrested **HENRIQUEZ-OROZCO** for overstaying his authorized period of admission to the United States. At the time of the arrest, **HENRIQUEZ-OROZCO** was the sole occupant of the vehicle he was stopped in, and a Glock pistol was located within his immediate reach. **HENRIQUEZ-OROZCO** was arrested and transported to the Montgomery Processing Center in Conroe, Texas.

5. During a post-*Miranda* interview, **HENRIQUEZ-OROZCO** stated that he entered the United States when he was around 10, about 28 years ago. **HENRIQUEZ-OROZCO** stated that he had not contacted any immigration official since approximately 2009 and stopped attempting to adjust his immigration status around 2019. **HENRIQUEZ-OROZCO** stated that he had resided in Houston, Texas, for approximately 15 years. **HENRIQUEZ-OROZCO** further stated that he acquired the firearm approximately one and a half years ago through a private trade and identified himself as its sole owner. **HENRIQUEZ-OROZCO** stated that he knew he did not have legal immigration status. **HENRIQUEZ-OROZCO** stated that, because of his status, he obtained the firearm through a trade rather than purchasing it from a federally licensed firearms dealer ("FFL").

6. **HENRIQUEZ-OROZCO** verbally and in writing consented to abandon the firearm to HSI. Upon further inspection of the firearm, it was apparent that it displayed two different serial numbers: serial number BXGU207 on the upper assembly and serial number BXRU872 on the lower assembly. The upper assembly of the Glock handgun indicated that it was manufactured in Austria. Therefore, I believe that it necessarily traveled in interstate and/or foreign commerce before arriving in **HENRIQUEZ-OROZCO's** possession.

**CONCLUSION**

7. Based upon the information set forth above, I believe that probable cause exists for the issuance of a criminal complaint charging **HENRIQUEZ-OROZCO** with violations of 18 U.S.C. § 922(g), that is, illegal alien in possession of a firearm.

Respectfully submitted,

Cameron Leach

Cameron Leach
Special Agent
Homeland Security Investigations

Subscribed and sworn telephonically to me this 1st day of October 2026, and I find probable cause exists.

Dena Palermo

HONORABLE DENA HANOVICE PALERMO
United States Magistrate Judge
Southern District of Texas